VAN BUREN WHEAT *et al. v.* HARVEY RICE, *Impleaded, etc.* — Motion for reargument or for leave to appeal to the Court of Appeals denied. *Held,* that the points upon which reargument

is asked were fully considered in deciding the cause (see 14 Weekly Dig., 399); and we are of the opinion that the case is one in which the appellants have the right to appeal to the Court of Appeals without the order of the court.